JOSEPH F. NEGREEN, Plaintiff, Appellant, v. WILLIAM E. D. STOKES, Defendant, Respondent, and Two Other Actions.

Supreme Court, Appellate Term, First Department, November 18, 1924.

Judgments — opening default — Municipal Court of city of New York without power to reopen default in absence of leave from Appellate Term to renew motion — order reopening default reversed.

Failure of the Appellate Term of the Supreme Court to grant leave to renew a motion to open a default is a bar to a subsequent reopening of the default by the Municipal Court of the city of New York.

Accordingly, an order of the Municipal Court of the city of New York granting defendant's motion to reopen a default without permission of the Appellate Term should be reversed.

APPEAL by plaintiff from an order of the Municipal Court of the city of New York, borough of Manhattan, third district, in favor of defendant.

*Sidney L. Masone,* for the appellant.

*Jenks & Rogers* (*Gustavus A. Rogers,* of counsel), for the respondent.

*Per Curiam.* After the entry of the order of this court reversing the order of the court below opening the defendant's default and reinstating the judgments, the court below was without power to reopen the default, the Appellate Term not having given leave to renew. Moreover no fact was shown on the renewed motion that was not either shown or well known to the defendant when the first motion was made. *Goldenberg* v. *Adler,* 123 N. Y. Supp. 387; *American Dry Plate Co.* v. *N. Y. Ferrotype Co.,* 200 id. 115; *Kirkpatrick Home for Childless Women* v. *Kenyon,* 209 App. Div. 179.

Order reversed, with ten dollars costs, motion denied, and judgments reinstated.

All concur; present, GUY, BIJUR and MULLAN, JJ.